*E-FILED 06-23-2011*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DELIA S. PALCE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JPMORGAN CHASE BANK, a National Association F/K/A WASHINGTON MUTUAL BANK; CALIFORNIA RECONVEYANCE COMPANY, a California Corporation; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants.<br>_____/ | No. C11-02932 HRL<br><br>**ORDER SETTING DEADLINE FOR PLAINTIFF TO EITHER CONSENT OR DECLINE TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

Plaintiff is reminded that this case has been assigned to the undersigned magistrate judge. **Pursuant to Civil Local Rule 73-1(a)(2), no later than July 1, 2011**, plaintiff must file either (1) a Consent to Proceed Before a United States Magistrate Judge or (2) a Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge. The forms are available from the Clerk of the Court and on the court's website at http://cand.uscourts.gov.

SO ORDERED.

Dated: June 23, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:11-cv-02932-HRL Notice has been electronically mailed to:

Berrie Rebecca Goldman   berrie.goldman@bryancave.com, pilar.leano@bryancave.com

Deborah Anne Goldfarb   deborah.goldfarb@bryancave.com, andrea.hicks@bryancave.com, grace.wayte@bryancave.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

5:11-cv-02932-HRL Notice mailed to:

Delia S. Palce
2685 Rosalinda Court
San Jose, CA 95121

    Pro Se Plaintiff

2