**E-Filed 8/16/2011**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| DELIA S. PALCE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JP MORGAN CHASE BANK, a National Association F/K/A WASHINGTON MUTUAL BANK; CALIFORNIA RECONVEYANCE COMPANY, a California Corporation, and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case Number 5:11-cv-02932-JF (HRL)<br><br>ORDER[1] GRANTING MOTION TO DISMISS WITH LEAVE TO AMEND AND VACATING HEARING DATE<br><br>[Re: Docket Nos. 7, 8, 9] |

   This action arises from a loan secured by the residence of Plaintiff Delia S. Palce ("Palce"). Palce seeks to set aside a nonjudicial foreclosure sale that was conducted on April 8, 2011 by Defendant California Reconveyance Company ("Cal Reconveyance") acting as trustee for the lender under the Deed of Trust.[2] Defendants move to strike certain portions of the

---

[1] This disposition is not designated for publication in the official reports.

[2] *See* Ex. A to Defendants' Request for Judicial Notice. Although Defendant Washington Mutual Bank ("Washington Mutual") is listed as the lender on the Deed, it since has been acquired by JP Morgan Chase Bank. *Id.* at Exs. A, E.

1

complaint and to dismiss the complaint in its entirety. The Court concludes that the motions are appropriate for determination without oral argument and will vacate the hearing date of August 19, 2011. *See* Civ. L.R. 7-1(b).

Pursuant to Civ. L.R. 7-3(a), Plaintiff was required to file opposition to the motions not more than fourteen days after the motions were noticed and served, here not later than July 19, 2011.[3] As of the date of this order, Plaintiff has yet to file opposition papers. Because the motion to dismiss appears well-taken and is unopposed, the motion will be granted, with leave to amend.

## **ORDER**

For good cause shown,

(1) the motion to dismiss is GRANTED, WITH LEAVE TO AMEND;

(2) Defendants' request for judicial notice in support of the motion to dismiss also is GRANTED as to the Deed of Trust and Purchase Agreement identified in Exs. A and E;

(3) Defendants' motion to strike is TERMINATED as moot;

(4) any amended pleading shall be filed within twenty (20) days after the date of this order; and

(5) the hearing date of August 19, 2011 is VACATED

DATED:   August 16, 2011

JEREMY FOGEL
United States District Judge

---

[3] Originally, Defendants noticed the instant motions for hearing on August 2, 2011. However, the matter was reassigned on June 27, 2011, and Defendants re-noticed the motions for hearing on August 19, 2011.

2

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| DELIA S. PALCE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JP MORGAN CHASE BANK, a National Association F/K/A WASHINGTON MUTUAL BANK; CALIFORNIA RECONVEYANCE COMPANY, a California Corporation, and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants. | Case Number 5:11-cv-02932-JF (HRL)<br><br>CERTIFICATE OF SERVICE |

　　I, the undersigned, hereby certify that I am an employee of the Office of the Clerk, United States District Court, Northern District of California.

　　On August 16, 2011, I served a true and correct copy of the attached document to each of the persons hereinafter listed by placing said copy in a postage paid envelope and depositing said envelope in the United States mail, or by placing said envelope in the outgoing mail delivery receptacle located in the Clerk's Office:

Delia S Palce
2685 Rosalinda Court
San Jose, CA 95121

| | |
|---|---|
| DATED: August 16, 2011 | For the Court<br>Richard W. Weiking, Clerk<br><br>By:　　　　/s/　　　　<br>Diana Munz<br>Courtroom Deputy Clerk |

Case No. 5:11-cv-02932-JF (HRL)
ORDER GRANTING MOTION TO DISMISS WITH LEAVE TO AMEND AND VACATING HEARING DATE
(JFLC1)