POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Delia Palce<br>2685 Rosalinda Court<br>San Jose CA 95121<br><br>TELEPHONE NO: (4078) 887-5597   FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: PLAINTIFF IN PRO PER | |

~~SUPERIOR COURT OF CALIFORNIA, COUNTY OF~~
STREET ADDRESS: IN THE UNITED STATES DISTRICT COURT
MAILING ADDRESS: NORTHERN DISTRICT OF CALIFORNIA
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF/PETITIONER: DELIA PALCE

DEFENDANT/RESPONDENT: JPMORGAN CHASE BANK, a National Association f/k/a WASHINGTON MUTUAL BANK, et al

CASE NUMBER: 5:11-cv-02932-~~JF~~ PJH

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ summons
   b. ☒ complaint  PLAINTIFF'S FIRST AMENDED COMPLAINT
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☐ other *(specify documents)*:

3. a. Party served *(specify name of party as shown on documents served)*:
      JPMORGAN CHASE BANK, a National Association
      F/K/A WASHINGTON MUTUAL BANK
   b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
      Berrie G. Goldman, Esq.- Attorney for Defendant
      (By Serving: Grace Wayte - Legal Assistant/Authorized to Accept Service of Process

4. Address where the party was served:
   BRYAN CAVE
   2 Embarcadero Center, Suite 1410 San Francisco CA 94111

5. I served the party *(check proper box)*
   a. ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 09/19/2011   (2) at *(time)*: 11:55 pm
   b. ☐ **by substituted service.** On *(date)*:   at *(time)*:   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:   from *(city)*:   or ☐ a declaration of mailing is attached.
      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]   *Martin Dean's* **ESSENTIAL FORMS**™

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure § 417.10

Palce, Delia

| PLAINTIFF/PETITIONER: DELIA PALCE | CASE NUMBER |
|---|---|
| DEFENDANT/RESPONDENT: JPMOORGAN CHASE BANK, a National | 5:11-cv-02932-JF |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
   (1) on *(date)*:   (2) from *(city)*:
   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgment of Receipt.)* (Code Civ. Proc., § 415.30.)
   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)
   d. ☐ **by other means** *(specify means of service and authorizing code section)*:

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify)*: JPMORGAN CHASE BANK, a National Association F/K/A WASHINGTON MUTUAL BANK
   under the following Code of Civil Procedure section:
   ☐ 416.10 (corporation)            ☐ 415.95 (business organization, form unknown)
   ☐ 416.20 (defunct corporation)     ☐ 416.60 (minor)
   ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
   ☐ 416.40 (association or partnership)  ☐ 416.90 (authorized person)
   ☐ 416.50 (public entity)          ☐ 415.46 (occupant)
                                     ☐ other:

7. **Person who served papers**
   a. Name: Arris A. Vergara
   b. Address: ELS, 101 W. American Canyon Rd., Suite #508-281 American Canyon CA 94503
   c. Telephone number: (510) 444-9705
   d. **The fee** for service was: $
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ registered California process server:
         (i) ☐ owner ☐ employee ☒ independent contractor.
         (ii) Registration No.: #1211
         (iii) County: Alameda County

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or

9. ☐ **I am a California sheriff or marshal** and I certify that the foregoing is true and correct.

Date: 09/21/23011

Arris A. Vergara
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                ▶  (SIGNATURE)