UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DELIA S. PALCE,

       Plaintiff,                                             No. C 11-2932 PJH

       v.                                                    **JUDGMENT**

JP MORGAN CHASE BANK, et al.,

       Defendants.

_____/

      This action came on for hearing before the court and the issues having been duly heard and the court having granted defendants' motion to dismiss

      it is Ordered and Adjudged

      that the complaint is dismissed with prejudice.

      IT IS SO ORDERED.

Dated: January 11, 2012

                                                      _____
                                                      PHYLLIS J. HAMILTON
                                                      United States District Judge